# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES JORDAN, | CASE NO. 1:09-cv-01870 DLB PC |
| Plaintiff, | ORDER DIRECTING PLAINTIFF TO SIGN AND RE-FILE NOTICE OF CHANGE OF ADDRESS |
| v. | |
| ROMAN-MARIN et al, | (Doc. 41) |
| Defendant. | |

Plaintiff James Jordan ("Plaintiff") is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On November 16, 2009, Plaintiff filed an unsigned notice of change of address ("Notice"). (Doc. 41.)

The Court cannot consider unsigned filings. Local Rule 7-131; Fed. R. Civ. P. 11(a). The Clerk of the Court is HEREBY DIRECTED to send to Plaintiff, at both addresses listed in the Notice, a copy of the Notice. (Doc. 41.)

Plaintiff is HEREBY ORDERED sign and re-file the Notice within twenty (20) days.

IT IS SO ORDERED.

Dated: **November 30, 2009**          **/s/ Dennis L. Beck**
                                      UNITED STATES MAGISTRATE JUDGE